## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) LISA WEST, and <br> (2) STORMY HOPSON, <br> Individually and as Class Representatives, <br><br> Plaintiffs, <br><br> v. <br><br><br> (1) ABC OIL COMPANY, INC., <br> (2) BEREXCO, LLC, <br> (3) CHAPARRAL ENERGY, LLC, <br> (4) FAIRFIELD OIL & GAS CORP., <br> (5) GUINN COMPANY, <br> (6) HEMBREE A. W. COMPANY, <br> (7) LEASEHOLD MANAGEMENT CORP., <br> (8) NEW DOMINION, LLC, <br> (9) NEWELL OIL AND GAS, LLC, <br> (10) OKLA. OIL & GAS MANAGEMENT, INC., <br> (11) ONSHORE ROYALTIES, LLC, <br> (12) PHOENIX OIL & GAS, INC., <br> (13) BILLY JACK SHARBER OPERATING, LLC, <br> (14) SULLIVAN AND COMPANY, LLC, AND <br> (15) TRANSPO ENERGY, LLC, <br><br> Defendants. | Case No. CIV-16-00264-F <br><br> (Removed Case No. CJ-2016-49 District Court of Pottawatomie County) |

### PLAINTIFFS' SECOND NOTICE TO THE COURT

Following on their earlier Notice to the Court [Doc. 326][1] Plaintiffs hereby notify the Court of recent authority relevant to the issues currently presented by Defendants' Motions to Dismiss. State Judge Lori Walkley of Cleveland County, sitting as designated judge for

---

[1] The April 25, 2018 Notice advised the Court that the Pawnee County court ruled that claims analogous to Plaintiffs' should not be dismissed except for possibly abnormally dangerous/ultrahazardous activities but gave plaintiff's leave to amend. The Court was also advised that two state cases have been stayed until September 9, 2018, in part, at the request of Defendants also named in this case, to allow the present case to develop. Payne County Judge Corley stayed Logan County case, *Griggs et al. v. New Dominion, LLC, et al.*, Case No. CJ-2017-174, and he also stayed Payne County case, *Reid et al. v. White Star Petroleum, LLC et al.*, Case No. CJ-2016-543.

recused Lincoln County judges, on May 18, 2018 certified a class action in the case of *Cooper v. New Dominion, LLC, et al.* (Case No. CJ-2015-24).  See Order attached as Exhibit 1.  This decision extends to the next step the earlier decision by that court to reject the Defendants' position that causation cannot be established and to reject the other arguments Defendants make for dismissal.

        Respectfully submitted,

        */s/Edward L. White*
        Edward L. White, OBA #16549
        Kerry D. Green, OBA #31998
        Edward L. White, P.C.
        829 East 33rd Street
        Edmond, Oklahoma 73013
        Telephone: (405) 810-8188
        Facsimile: (405) 608-0971
        Email: ed@edwhitelaw.com
                kerry@edwhitelaw.com

        -And-

        */s/Ray Maples*
        Ray Maples, OBA #18586
        Glendell Nix, OBA #13747
        MAPLES, NIX & DIESSELHORST, PLLC
        15401 North May Avenue
        Edmond, Oklahoma 73013
        Telephone: (405) 478-3737
        Facsimile: (405) 513-5005
        Email: ray@mndlawfirm.com
                glendell@mndlawfirm.com

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    This certifies that on June 27, 2018, I electronically transmitted the above document to the Clerk of the Court using the CM/ECF system for filing. Accordingly, a Notice of Electronic Filing will be automatically sent to counsel having entered an appearance in the case on behalf of a Defendant.

        */s/Edward L. White*